UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILKIN ABBASOV, an individual, <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company, licensed to do, and doing business in the State of Washington, <br><br>　　　　　　　Defendant. | No. 2:24-CV-02066 <br><br>**ORDER TO REMAND TO STATE COURT** <br><br>Noted for Consideration: <br>January 6, 2025 <br>(Same Day Motion) |

## I.　ORDER

The parties having stipulated as set forth in their contemporaneous Stipulation to Remand to State Court, and the Court being fully advised in the premises, NOW, THEREFORE,

1. IT IS HEREBY ORDERED that this matter is hereby remanded to the Superior Court of Washington for King County, with each party to bear he/she/its own costs and fees associated with removal and remand.

\\\

\\\

\\\

ORDER TO REMAND TO STATE COURT - 1

**DRIGGS BILLS & DAY, PLLC**
2125 Western Avenue, Suite 500
Seattle, WA 98121
(206) 607-9098 • FAX (206) 641-3214

1  DATED THIS 16th day of January, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

| DRIGGS, BILLS & DAY, PLLC | KIRKPATRICK SYMANSKI PARKER |
|---|---|
| _____<br>Jamal Amirzade, WSBA #45222<br>*Attorney for Plaintiff* | _____<br>Noelle Symanski, WSBA #57022<br>*Attorney for Defendant* |